IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | : |  |
|---|---|---|
|  | : |  |
| IN RE:   ASBESTOS PRODUCTS | : | MDL 875 |
| LIABILITY LITIGATION | : |  |
| ALL ACTIONS | : | OHIO NORTHERN |
|  | : | *(MARDOC)* |
|  | : |  |

**O R D E R**

   **AND NOW** on this **5th** day of **July, 2011**, it is hereby **ORDERED** that the actions attached

hereto and listed as ***Exhibit "A"*** are hereby dismissed pursuant to Plaintiffs' counsel.

**BY THE COURT:**

_____
EDUARDO C. ROBRENO, J.